Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER MARTINEZ,<br><br>　　　　　Defendant. | DOCKET NO. 6:14-mj-004-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, AND REQUEST TO VACATE REVIEW HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　　Defendant, Roger MARTINEZ, was arrested December 31, 2013, in Yosemite National Park and charged with four counts in a criminal complaint: Count 1: Driving with a suspended license; Count 2: Failing to obey a traffic control device; Count 3: Not possessing current registration; and count 4: Failing to provide proof of vehicle insurance. MARTINEZ plead guilty April 15, 2014, to Count 1 and the other counts were dismissed. MARTINEZ was sentenced to the following: pay a $500 fine at a rate of $50 a month, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing has been set for March 3, 2015, at 10:00 a.m. in Yosemite National Park. On February 24, 2015, this court signed a Probation Violation in which the Government alleged MARTINEZ failed to pay his fine in full. On March 2, 2015, the

Yosemite Legal Office was provided proof of full payment of the fine. The Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Review Hearing on March 3, 2015, at 10:00 a.m.

Dated: March 2, 2015                              By:  /s/ Matthew McNease
                                                                  Matthew McNease
                                                                  Acting Legal Officer
                                                                  Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted and the February 3, 2015 hearing is vacated.

IT IS SO ORDERED.

Dated:   March 3, 2015                            /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE